E-FILED: **10/28/2008**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | NO. CR 93-766-GHK |
| ) | |
| Plaintiff,    ) | ORDER DENYING MOTION FOR |
| ) | NUNC PRO TUNC ORDER AND/OR |
| vs.    ) | DENYING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| KIM MARHOLZ,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

This matter is before us on Defendant's Motion for "Nunc Pro Tunc Order From the Time of Federal Custody." We deemed this a petition for writ of habeas corpus. The government has filed an Opposition, and defendant has filed a Reply. We deem this matter ready for decision without oral argument. We rule as follows:

Defendant essentially seeks an order directing the Bureau of Prisons ("BOP") to grant certain custody credits to him because he claims that the BOP refuses to grant such credits without such order. We do not have authority to calculate credits. That authority lies with the Attorney General who acts through the BOP on such matters. *United States v. Wilson*, 503 U.S. 329, 333-34 (1992). The Ninth Circuit has interpreted *Wilson* to mean that district courts do not have authority to grant defendants credits for time spent in jail

prior to commencement of their sentence. *United States v. Peters,* 470 F.3d 907, 909 (9th Cir. 2006).

Inasmuch as we have no authority to calculate credits, and defendant appeared to claim that the BOP had refused to properly calculate his credits, defendant's motion seemed to be in the nature of a habeas petition challenging the execution of his sentence. Accordingly, we construed his motion as such habeas petition, and directed the Government to respond.[1] The Government's opposition states that defendant has failed to exhaust his administrative remedies. In his reply, defendant does not dispute that he has failed to exhaust his administrative remedies. Accordingly, defendant's motion, construed as a habeas petition, is denied without prejudice to its refiling after exhaustion of administrative remedies.

Accordingly, this Motion for Nunc Pro Tunc order is DENIED, and if construed as a petition for writ of habeas corpus, the petition is DENIED for failure to exhaust administrative remedies.

IT IS SO ORDERED.

DATED: OCTOBER 28, 2008

George H. King
United States District Judge

---

[1] In his reply, defendant asserts, without citation to any authority, that we are powerless to construe his pro se motion as a habeas petition. Aside from the doubtful validity of such assertion, we note that this motion would be, and is, denied even if it were not construed as a habeas petition. If viewed as a motion for the court to calculate credits, it is denied because we lack authority to do so.